# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY EPHRAIM ROGERS, | 1:10-cv-02038-GSA-PC |
| Plaintiff, | ORDER STRIKING SURREPLY |
| v. | (Doc. 32.) |
| JAMES A. YATES, et al., | |
| Defendants. | |

Roy Ephraim Rogers ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 2, 2010. (Doc. 1.) This action now proceeds on the Second Amended Complaint filed on December 2, 2011, against defendants Correctional Officer Guerra, Captain R. Williams, L. Repp, J. Un, and M. Wallace, for failing to protect Plaintiff in violation of the Eighth Amendment.[1] (Doc. 12.)

On July 31, 2012, defendants Guerra and Wallace ("Defendants") filed a motion to dismiss this action for failure to exhaust remedies. (Doc. 20.) Plaintiff filed an opposition on August 24, 2012, and Defendants filed a reply on August 29, 2012. (Docs. 25, 26.) On November 2, 2012, Plaintiff filed a surreply.[2] (Doc. 32.)

---

[1] All other claims and defendants were dismissed by the Court on April 24, 2012, based on Plaintiff's failure to state a claim. (Doc. 13.)

[2] A surreply, or sur-reply, is an additional reply to a motion filed after the motion has already been fully briefed. USLegal.com, http://definitions.uslegal.com/s/sur-reply/ (last visited November 5, 2012).

1

1 | The Local Rules provide for a motion, an opposition, and a reply. Neither the Local Rules nor the Federal Rules provide the right to file a surreply, and the Court neither requested one nor granted a request on the behalf of Plaintiff to file one. Defendants' motion to dismiss was deemed submitted to the Court on August 29, 2012. Local Rule 230(l). Accordingly, Plaintiff's surreply, filed November 2, 2012, shall be stricken from the record.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's surreply, filed November 2, 2012, is STRICKEN from the Court's record.

IT IS SO ORDERED.

**Dated:   November 5, 2012**              /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

2